#068399

ORIGINAL

RECEIVED
JUL 23 2008
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Uship Intellectual Properties, LLC 08-537 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

| | |
|---|---|
| Name of the attorney of record (See RCFC 83.1(c)): | Charles J. Cooper |
| Firm Name: | Cooper & Kirk, PLLC |
| Post Office Box: | |
| Street Address: | 1523 New Hampshire Ave., N.W. |
| City-State-Zip: | Washington, D.C. 20036 |
| Telephone & Facsimile Numbers: | Tel.: 202-220-9600 / Fax: 202-220-9601 |

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ■ Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 5 0 8
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ____________

Agency Identification Code: P S ☐
See attached sheet for three-digit codes.

Amount Claimed: $____________
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $____________
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ____________

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.