IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| USHIP INTELLECTUAL PROPERTIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-537 C |
| | ) | |
| THE UNITED STATES, | ) | Judge Marian Blank Horn |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

Defendant, the United States ("the government"), moves pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC") for an enlargement of time to respond to Plaintiff's Complaint. Specifically, the government requests that its time to respond be enlarged sixty (60) days from September 22, 2008, the date now set for responding, to and including November 21, 2008. This is the government's first motion for an enlargement of its time to respond to the Complaint. By telephone conference on September 16, 2008, counsel for Plaintiff advised counsel for the government that Plaintiff does not oppose the requested sixty (60) day enlargement.

This is a suit pursuant to 28 U.S.C. § 1498(a) to recover reasonable compensation for the alleged unauthorized use or manufacture by or for the United States of self-service postal kiosks and mail centers. See Complaint ¶ 14. Upon information and belief, the United States Postal Service ("Postal Service") purchased the accused devices from International Business Machines Corporation ("IBM") pursuant to two different contracts.

The government has been diligently working on its response to the Complaint. For a number of reasons, however, the time originally allotted for responding to the Complaint has been inadequate to properly investigate the allegations. More time is needed to complete the

government's investigation of the manufacture and use of the accused devices. Counsel for the government needs the requested extra time in order to properly analyze the contracts between the Postal Service and IBM. In addition, counsel for the government needs the requested extra time in order to properly compare the accused devices to Plaintiff's asserted patents. Plaintiff asserts that eight patents have been infringed, and the eight patents comprise approximately 166 separate claims. The government will make every effort to complete its response within the time requested.

For the above reasons, the government respectfully requests that this unopposed motion be granted, and the time to respond to Plaintiff's Complaint be extended to and including November 21, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JOHN J. FARGO
Director

s/Scott Bolden
SCOTT BOLDEN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, DC 20530
Telephone: (202) 307-0262
Facsimile: (202) 307-0345

Of Counsel:
GARY L. HAUSKEN
KIRBY W. LEE
Department of Justice

September 16, 2008