# In the United States Court of Federal Claims

* * * * * * * * * * * * * * *

**USHIP INTELLECTUAL PROPERTIES, LLC,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * *

**No. 08-537C**
**Filed: September 18, 2008**

**O R D E R**

The court is in receipt of the defendant's September 16, 2008, unopposed motion for an enlargement of time of 60 days, to and including November 21, 2008, within which to respond to the complaint. Defendant's motion is **GRANTED**. On or before **Friday, November 21, 2008**, defendant shall submit its response to the plaintiff's complaint.

**IT IS SO ORDERED.**

**s/Marian Blank Horn**
**MARIAN BLANK HORN**
**Judge**