# In the United States Court of Federal Claims

No. 08-537 C
(Filed: March 27, 2009)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
USHIP INTELLECTUAL PROPERTIES, LLC              *
                                                *
             Plaintiff,                         *
                                                *
      v.                                        *
                                                *
THE UNITED STATES,                              *
                                                *
             Defendant                          *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

     Pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims, to promote docket efficiency, and with her concurrence, the Court hereby directs the Clerk of the Court to transfer this case to the docket of Judge Susan G. Braden.


                      s/Edward J. Damich
                      EDWARD J. DAMICH
                      Chief Judge