# In the United States Court of Federal Claims

No. 08-537C
Filed: March 27, 2009

USHIP INTELLECTUAL PROPERTIES, LLC

    v.

THE UNITED STATES

NOTICE OF REASSIGNMENT TO:

Judge Susan G. Braden

    Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

*John S. Bulkley*
ACTING CLERK OF COURT