# In the United States Court of Federal Claims

No. 8-537
Filed: May 18, 2009

```
*****************************
                              *
USHIP INTELLECTUAL            *
PROPERTIES, LLC,              *
                              *
        Plaintiff,            *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
        Defendant             *
and                           *
                              *
INTERNATIONAL BUSINESS        *
MACHINES CORPORATION          *
                              *
        Third-Party Defendant.*
                              *
******************************
```

### SCHEDULING ORDER FOR PROCEEDINGS LEADING TO CLAIM CONSTRUCTION HEARING

Pursuant to the court's April 2, 2009 scheduling conference and the parties' proposed scheduling order, the court hereby enters the following scheduling order for proceedings leading to a claim construction hearing:

<u>July 9, 2009</u>: Uship to serve on other parties claim charts for each asserted claim it identified in its April 30 letter to the Government and IBM. For each asserted claim, the claim chart must contain the following information: (1) the identity of each apparatus, product, device, process, method, act, or other instrumentality that allegedly infringes the claim; (2) whether such infringement is claimed to be literal or subject to the doctrine of equivalents; and (3) where each element of such claim is found within each apparatus, product, device, process, method, act, or other instrumentality. In addition,

1

|               |   |
|---------------|---|
|               | if Uship wishes to preserve the right to rely on its own apparatus, product, device, process, method, act, or other instrumentality as evidence of commercial success, it must identify, separately for each claim, each such instrumentality incorporating or reflecting that particular claim. |
|               | Uship to serve on other parties its proposed claim construction statement. This statement is to contain, for each claim in issue, the following information: (1) the preferred interpretation of any claim term or phrase; (2) an identification of all support for that interpretation found in the claims themselves, or in the specification or prosecution history; (3) an identification of any extrinsic evidence (including but not limited to expert testimony) that Uship intends to use to support its proposed interpretation. |
| <u>Aug. 27, 2009</u>: | The Government and IBM are to serve on other parties their proposed claim construction statements. These statements are to contain, for each claim in issue, the following information: (1) the preferred interpretation of any claim term or phrase; (2) an identification of all support for that interpretation found in the claims themselves, or in the specification or prosecution history; (3) an identification of any extrinsic evidence (including but not limited to expert testimony) that the party intends to use to support its proposed interpretation. |
| <u>Sept. 17, 2009</u>: | The parties are to file a Joint Claim Construction Statement. This statement is to contain: (1) The construction of those claims and terms on which the parties agree; and (2) Each party's proposed construction of each disputed claim and term. |
| <u>Oct. 8, 2009</u>: | Uship to file its opening brief on claim construction, along with any supporting evidence and a description of any testimony that it intends to offer at any claim construction hearing. |
| <u>Nov. 5, 2009</u>: | The Government and IBM are to file their briefs on claim construction, along with any supporting evidence and a description of any testimony that they intend to offer at any claim construction hearing. |

<u>Nov. 19, 2009</u>:        Uship to file its reply brief on claim construction.

<u>Dec. 15 - 17, 2009</u>:    The court will hold a claim construction hearing, beginning December 15, 2009 at 10:00 A.M. at the National Courts Building, 717 Madison Place NW, Washington, D.C. 20005.

In addition, consistent with the parties' agreement, discovery limited to matters relating to claim construction is now open.

**IT IS SO ORDERED.**

      s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**